IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHERMAN COLEMAN,                      :
                Plaintiff,            :
        v.                            : Case No. 2:07-15-KRG-KAP
MICHAEL HERBIK, M.D.; ROBERT          :
TRETINIK, R.N.; and PRISON            :
HEALTH SERVICES, S.C.I. FAYETTE,:
                Defendants            :

SHERMAN COLEMAN,                      :
                Plaintiff,            :
        v.                            : Case No. 2:07-166-KRG-KAP
MICHAEL HERBIK, M.D.; and             :
PRISON HEALTH SERVICES, S.C.I.        :
FAYETTE,                              :
                Defendants            :

MEMORANDUM ORDER

These matters were referred to Magistrate Judge Keith A.
Pesto for pretrial proceedings in accordance with the Magistrates
Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule
72.1 for Magistrate Judges.

COLEMAN v. HERBIK et al                                                    Doc. 9

On February 12, 2007, the Magistrate Judge filed a Report
and Recommendation recommending that the complaint in Coleman v.
Herbik, Case No. 2:07-cv-15-KRG-KAP, be dismissed without prejudice
to filing an amended complaint at Coleman v. Herbik, Case No. 2:07-
cv-166-KRG-KAP.

The plaintiff was notified that pursuant to 28 U.S.C.§
636(b)(1), he had ten days to serve and file written objections to
the Report and Recommendation. Plaintiff filed a motion to amend
Coleman v. Herbik, Case No. 2:07-cv-166-KRG-KAP, docket no. 6, and
not objecting to the dismissal of Coleman v. Herbik, Case No. 2:07-
cv-15-KRG-KAP.

After <u>de novo</u> review of the record of these matters together with the Report and Recommendation, the following order is entered:

AND NOW, this 27th day of February, 2007, it is

ORDERED that the complaint at <u>Coleman v. Herbik</u>, Case No. 2:07-cv-15-KRG-KAP is dismissed pursuant to Fed.R.Civ.P. 42(a), without prejudice to plaintiff filing an amended complaint at <u>Coleman v. Herbik</u>, Case No. 2:07-cv-166-KRG-KAP.  The Report and Recommendation is adopted as the Opinion of the Court.  The Clerk shall mark <u>Coleman v. Herbik</u>, Case No. 2:07-cv-15-KRG-KAP, closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by U.S. Mail to:

Sherman Coleman AJ-2324
S.C.I. Fayette
P.O. Box 9999
LaBelle, PA 15450